**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ADRIAN KEITH CHESTERMAN,<br><br>     Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br>     Defendant. | Case No.: 1:26-cv-04520<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Heather K. McShain |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A [11] of the Complaint.

| No. | Defendant |
|-----|-----------|
| 1 | TIAN HAN |

This terminates the action.

DATED: June 4, 2026

                                      Respectfully submitted,
                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt
                                      FL Bar No. 1036084 / IL Bar No. 6207971
                                      Keith A. Vogt PLLC
                                      1820 NE 163rd Street, Suite #306
                                      North Miami Beach, Florida 33162
                                      Telephone: 312-971-6752
                                      E-mail: keith@vogtip.com
                                      ***ATTORNEY FOR PLAINTIFF***